**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2478**

ELISE MILLER,

                Plaintiff - Appellant,

     v.

GREENVILLE COUNTY SCHOOL DISTRICT; LOUIS E. LAVELY, JR.,

                Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Kevin Frank McDonald, United States Magistrate Judge. (6:11-cv-03305-KFM)

Submitted: August 21, 2014      Decided: August 25, 2014

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elise Miller, Appellant Pro Se. Thomas Kennedy Barlow, Kathryn Long Mahoney, CHILDS & HALLIGAN, Columbia, South Carolina; Rodney Douglas Webb, GREENVILLE COUNTY SCHOOL DISTRICT, Greenville, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elise Miller appeals the magistrate judge's[*] orders denying relief in her employment discrimination action and denying her Fed. R. Civ. P. 59(e) motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Miller v. Greenville Cnty. School Dist., No. 6:11-cv-03305-KFM (D.S.C. Sept. 18, 2013; Nov. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c) (2012).

2